# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hartford Accident and Indemnity Company, *et al.*, Appellants, <br><br> v. <br><br> Global Industrial Technologies, Inc., *et al.*, Appellees. | 07-cv-1749 <br><br> Judge Gary L. Lancaster <br><br> (Appeal from Bankruptcy No. 02-21626-JKF) |

## ORDER

AND NOW, this 10th day of Jan., 2008, upon consideration of Appellants and Debtors' Consent Motion Regarding Briefing and Correction of the Caption, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that Appellants' brief in Civil Action No. 07-1749 is due on January 28, 2008. The remainder of the briefing schedule is modified in accordance with Rule 8009 such that the Appellees' brief will be due on February 12, 2008, and the Appellants' Reply brief will be due on February 22, 2008; and it is

**FURTHER ORDERED** that the parties to this proceeding are Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, American Home Assurance Company, and any other entities related to American International Group, Inc. that engaged in business transactions with the Reorganizing Debtors; and Century Indemnity Company, as successor to CIGNA

Specialty Company, formerly known as California Union Insurance Company, and Westchester Fire Insurance Company, for itself and for International Insurance Company (now known as TIG Insurance Company) (by operation of novation all rights and obligations under the policies have been transferred from International Insurance Company to Westchester Fire Insurance Company), as appellants, and Global Industrial Technologies, Inc., *et al.* (debtors in the bankruptcy case), Official Committee of Asbestos Creditors, Lawrence Fitzpatrick as Legal Representative to the Future Asbestos Claimants, Official Committee of Unsecured Trade Creditors, and Philip Pahigian as Legal Representative to the Future Silica Claimants, as appellees. Accordingly, the caption of this matter should be revised as follows:

| In re: | Chapter 11 |
|---|---|
| Global Industrial Technologies, Inc., *et al.*, | Bankr. Case No. 02-21626 |
| Debtors. | |
| Hartford Accident and Indemnity Company, *et al.*, | Civil Action No. 07-1749 |
| Appellants, | |
| v. | |
| Global Industrial Technologies, Inc., *et al.*, | |
| Appellees. | |

**SO ORDERED.**

_____
Honorable Gary L. Lancaster

Dated: January 10, 2008