IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: GLOBAL INDUSTRIAL ) Civil Action No. 07-1749
TECHNOLOGIES, INC., et al., )
           Debtors. ) Bankr. Case No. 02-21626 (JKF)
)

## ORDER

AND NOW, this 7th day of June, it is HEREBY ORDERED that the above captioned case is remanded to the United States Bankruptcy Court for the Western District of Pennsylvania for further proceedings in accordance with the opinion of the Court of Appeals for the Third Circuit filed on May 4, 2011 in Case Number 08-3650.

BY THE COURT,

_____, C.J.

cc: The Honorable Judith Fitzgerald

    All Counsel of Record