IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| GLOBAL INDUSTRIAL TECHNOLOGIES, INC., *et al.*, | Bankruptcy Case No. 02-21626-JKF (Jointly Administered) |
| Debtors. | District Court Case No. 07-1749 |

**ORDER AFFIRMING THE BANKRUPTCY COURT'S ORDER CONFIRMING THE THIRD AMENDED PLAN OF REORGANIZATION OF GLOBAL INDUSTRIAL TECHNOLOGIES, INC., *ET AL.***

Upon the *Motion of the Debtors for an Order Affirming the Bankruptcy Court's Order Confirming the Third Amended Plan of Reorganization of Global Industrial Technologies, Inc., et al.* (the "Motion")[1] and upon consideration of the Bankruptcy Court's Findings of Fact and Conclusions of Law, which are incorporated by reference herein, and upon this Court having determined that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a), and for good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 524(g)(3)(A), the *Revised Order Confirming Third Amended Plan of Reorganization of Global Industrial Technologies, Inc., et al., Dated December 28, 2005, as Supplemented* is hereby affirmed in all respects.

3. Counsel for Debtors shall immediately serve a copy of this Order on all parties in interest, including but not limited to the service list in effect in the bankruptcy case.

Dated: 3/11/13, 2013

United States District Judge

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion.